# EXHIBIT A

Int. Cls.: 29 and 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,966,671
Registered July 12, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# ANAND

BABCO FOODS INTERNATIONAL LLC (NEW JERSEY LTD LIAB CO)
13 SOMER DRIVE
SOMERVILLE, NJ 08876

  FOR: DRIED FRUIT, FRUIT BASED SNACKS, POTATO SNACKS, AND PROCESSED NUTS, IN CLASS 29 (U.S. CL. 46).

  FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

  FOR: RICE BASED SNACKS AND WHEAT BASED SNACKS, IN CLASS 30 (U.S. CL. 46).

  FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS HAPPINESS OR "SATISFACTION" OR "DELIGHT".

  SER. NO. 78-346,915, FILED 12-31-2003.

TARAH HARDY, EXAMINING ATTORNEY