# EXHIBIT B

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2966671 |
| **REGISTRATION DATE** | 07/12/2005 |
| **SERIAL NUMBER** | 78346915 |
| **MARK SECTION** | |
| **MARK** | ANAND |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | STEPHEN L BAKER |
| **FIRM NAME** | BAKER AND RANNELLS PA |
| **INTERNAL ADDRESS** | 575 ROUTE 28 |
| **STREET** | SUITE 102 |
| **CITY** | RARITAN |
| **STATE** | New Jersey |
| **POSTAL CODE** | 08869 |
| **COUNTRY** | United States |
| **PHONE** | 908-722-5640 |
| **FAX** | 908-725-7088 |
| **EMAIL** | OFFICEACTIONS@BR-TMLAW.COM |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Babco Foods International LLC |
| **STREET** | 226 Jackson Street |
| **CITY** | Bridgewater |
| **STATE** | New Jersey |
| **POSTAL CODE** | 08807 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 029 |
| **GOODS OR SERVICES** | Dried fruit, fruit based snacks, potato snacks, and processed nuts |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\783\469\78346915\xml4\8150002.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\783\469\78346915\xml4\8150003.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | digitalized photographs of product bearing the mark |
| **INTERNATIONAL CLASS** | 030 |
| **GOODS OR SERVICES** | rice based snacks and wheat based snacks |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\783\469\78346915\xml4\8150004.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\783\469\78346915\xml4\8150005.JPG |
| | \\TICRS\EXPORT11\IMAGEOUT 11\783\469\78346915\xml4\8150006.JPG |
| **SPECIMEN DESCRIPTION** | digitalized photographs of product upon which the mark appears |
| **OWNER SECTION (current)** | |
| **NAME** | Babco Foods International LLC |
| **STREET** | 226 Jackson Street |
| **CITY** | Bridgewater |
| **STATE** | New Jersey |
| **ZIP/POSTAL CODE** | 08807 |
| **COUNTRY** | United States |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New Jersey |
| **LEGAL ENTITY SECTION (proposed)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New Jersey |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **SUBTOTAL AMOUNT** | 600 |
| **TOTAL FEE PAID** | 600 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Stephen L. Baker/ |
| **SIGNATORY'S NAME** | Stephen L. Baker |
| **SIGNATORY'S POSITION** | Attorney of record, New York and New Jersey bar member |
| **DATE SIGNED** | 03/01/2011 |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Mar 01 14:13:43 EST 2011 |
| **TEAS STAMP** | USPTO/S08N15-XXX.X.XX.XXX-20110301143438211151-2966671-480dbebab53ef2c9435809bd44133cee3c2-CC-401-20 |

| | 110301140643162573 |
|---|---|

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
### To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2966671
**REGISTRATION DATE:** 07/12/2005

**MARK:** ANAND

The owner, Babco Foods International LLC, a limited liability company legally organized under the laws of New Jersey, having an address of
    226 Jackson Street
    Bridgewater, New Jersey 08807
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 029, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Dried fruit, fruit based snacks, potato snacks, and processed nuts; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digitalized photographs of product bearing the mark.
Specimen File1
Specimen File2

For International Class 030, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: rice based snacks and wheat based snacks; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digitalized photographs of product upon which the mark appears.
Specimen File1
Specimen File2
Specimen File3
The registrant's current Correspondence Information: STEPHEN L BAKER of  BAKER AND RANNELLS PA
    575 ROUTE 28
    SUITE 102
    RARITAN, New Jersey (NJ) 08869
    United States (USX)

The registrant's proposed Correspondence Information: Babco Foods International LLC
    226 Jackson Street
    Bridgewater, New Jersey (NJ) 08807
    United States (USX)


A fee payment in the amount of $600 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

**Declaration**

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Stephen L. Baker/     Date: 03/01/2011
Signatory's Name: Stephen L. Baker
Signatory's Position: Attorney of record, New York and New Jersey bar member

Serial Number: 78346915
Internet Transmission Date: Tue Mar 01 14:13:43 EST 2011
TEAS Stamp: USPTO/S08N15-XXX.X.XX.XXX-20110301141343
821151-2966671-480dbebab53ef2c9435809bd4
4133cee3c2-CC-401-20110301140643162573







RICE SNACK





**ROUTING SHEET TO POST REGISTRATION (PRU)**   **Registration Number:** 2966671

**Serial Number:** 78346915

**RAM Sale Number:** 401

**RAM Accounting Date:** 20110302

**Total Fees:** $600

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20110301 | $100 | 2 | 2 | $200 |
| §15 affidavit | 7208 | 20110301 | $200 | 2 | 2 | $400 |

Physical Location: 900 - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20110301

