# EXHIBIT C

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2966671 |
| **REGISTRATION DATE** | 07/12/2005 |
| **SERIAL NUMBER** | 78346915 |
| **MARK SECTION** | |
| **MARK** | ANAND |
| **ATTORNEY SECTION (current)** | |
| NAME | Stephen L. Baker |
| FIRM NAME | BABCO FOODS INTERNATIONAL LLC |
| STREET | 226 JACKSON ST |
| CITY | BRIDGEWATER |
| STATE | New Jersey |
| POSTAL CODE | 08807 |
| COUNTRY | United States |
| PHONE | 908-722-5640 |
| FAX | 908-725-7088 |
| EMAIL | OFFICEACTIONS@BR-TMLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Stephen L. Baker |
| FIRM NAME | Baker and Rannells PA |
| INTERNAL ADDRESS | Suite 102 |
| STREET | 575 Route 28 |
| CITY | Raritan |
| STATE | New Jersey |
| POSTAL CODE | 08869 |
| COUNTRY | United States |
| PHONE | 908-722-5640 |
| FAX | 908-725-7088 |
| EMAIL | OFFICEACTIONS@BR-TMLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**CORRESPONDENCE SECTION (current)**

| | |
|---|---|
| FIRM NAME | BABCO FOODS INTERNATIONAL LLC |
| STREET | 226 JACKSON ST |
| CITY | BRIDGEWATER |
| STATE | New Jersey |
| POSTAL CODE | 08807 |
| COUNTRY | United States |
| PHONE | 908-722-5640 |
| FAX | 908-725-7088 |
| EMAIL | OFFICEACTIONS@BR-TMLAW.COM |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**CORRESPONDENCE SECTION (proposed)**

| | |
|---|---|
| NAME | Stephen L. Baker |
| FIRM NAME | Baker and Rannells PA |
| INTERNAL ADDRESS | Suite 102 |
| STREET | 575 Route 28 |
| CITY | Raritan |
| STATE | New Jersey |
| POSTAL CODE | 08869 |
| COUNTRY | United States |
| PHONE | 908-722-5640 |
| FAX | 908-725-7088 |
| EMAIL | OFFICEACTIONS@BR-TMLAW.COM;s.cesaro@br-tmlaw.com; s.baker@br-tmlaw.com; jmr@br-tmlaw.com; jld@br-tmlaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**GOODS AND/OR SERVICES SECTION**

| | |
|---|---|
| INTERNATIONAL CLASS | 029 |
| GOODS OR SERVICES | Dried fruit, fruit based snacks, potato snacks, and processed nuts |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\783\469\78346915\xml1\ S890002.JPG |
| SPECIMEN DESCRIPTION | digital copy of packaging bearing the mark. |
| INTERNATIONAL CLASS | 030 |
| GOODS OR SERVICES | rice based snacks and wheat based snacks |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT 16\783\469\78346915\xml1\ S890003.JPG |
| SPECIMEN DESCRIPTION | digital copy of packaging bearing the mark |

**OWNER SECTION (current)**

| | |
|---|---|
| NAME | Babco Foods International LLC |
| STREET | 226 Jackson Street |

| | |
|---|---|
| **CITY** | Bridgewater |
| **STATE** | New Jersey |
| **ZIP/POSTAL CODE** | 08807 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Babco Foods International LLC |
| **STREET** | 226 Jackson Street |
| **CITY** | Bridgewater |
| **STATE** | New Jersey |
| **ZIP/POSTAL CODE** | 08807 |
| **COUNTRY** | United States |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | New Jersey |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 2 |
| **NUMBER OF CLASSES PAID** | 2 |
| **SUBTOTAL AMOUNT** | 800 |
| **GRACE PERIOD** | 400 |
| **TOTAL FEE PAID** | 1200 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Stephen L. Baker/ |
| **SIGNATORY'S NAME** | Stephen L. Baker |
| **SIGNATORY'S POSITION** | Attorney of record, New Jersey bar member |
| **DATE SIGNED** | 10/06/2015 |
| **SIGNATORY'S PHONE NUMBER** | 908-722-5640 |
| **PAYMENT METHOD** | CC |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Oct 06 13:55:08 EDT 2015 |
| **TEAS STAMP** | USPTO/S08N09-XX.XXX.XX.XX -20151006135508367656-296 6671-540a32a74f78411b642f 6c75ff7e8c1d463d967329328 4117b20f0f8dabcfc-CC-146- 20151006134302249678 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 07/31/2018)

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 2966671
**REGISTRATION DATE:** 07/12/2005

**MARK:** ANAND

The owner, Babco Foods International LLC, a limited liability company legally organized under the laws of New Jersey, having an address of
    226 Jackson Street
    Bridgewater, New Jersey 08807
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 029, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Dried fruit, fruit based snacks, potato snacks, and processed nuts ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital copy of packaging bearing the mark..
Specimen File1

For International Class 030, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: rice based snacks and wheat based snacks ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) digital copy of packaging bearing the mark.
Specimen File1
The registrant's current Attorney Information: Stephen L. Baker of  BABCO FOODS INTERNATIONAL LLC
    226 JACKSON ST
    BRIDGEWATER, New Jersey (NJ) 08807
    United States


The registrant's proposed Attorney Information: Stephen L. Baker of  Baker and Rannells PA
    Suite 102
    575 Route 28
    Raritan, New Jersey (NJ) 08869
    United States


The phone number is 908-722-5640.

The fax number is 908-725-7088.

The email address is OFFICEACTIONS@BR-TMLAW.COM.
The registrant's current Correspondence Information: of  BABCO FOODS INTERNATIONAL LLC
    226 JACKSON ST
    BRIDGEWATER, New Jersey (NJ) 08807
    United States


The registrant's proposed Correspondence Information: Stephen L. Baker of  Baker and Rannells PA

Suite 102
575 Route 28
Raritan, New Jersey (NJ) 08869
United States

The phone number is 908-722-5640.

The fax number is 908-725-7088.

The email address is OFFICEACTIONS@BR-TMLAW.COM;s.cesaro@br-tmlaw.com; s.baker@br-tmlaw.com; jmr@br-tmlaw.com; jld@br-tmlaw.com.

A fee payment in the amount of $1200 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

### Declaration

### Section 8: Declaration of Use and/or Excusable Nonuse in Commerce
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services, or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Section 9: Application for Renewal
*The registrant requests that the registration be renewed for the goods/services/collective organization identified above.*

Signature: /Stephen L. Baker/     Date: 10/06/2015
Signatory's Name: Stephen L. Baker
Signatory's Position: Attorney of record, New Jersey bar member
Signatory's Phone Number: 908-722-5640

Mailing Address **(current)**:
  BABCO FOODS INTERNATIONAL LLC
  226 JACKSON ST
  BRIDGEWATER, New Jersey 08807

Mailing Address **(proposed)**:
  Baker and Rannells PA
  575 Route 28
  Raritan, New Jersey 08869

Serial Number: 78346915
Internet Transmission Date: Tue Oct 06 13:55:08 EDT 2015
TEAS Stamp: USPTO/S08N09-XX.XXX.XX.XX-20151006135508
367656-2966671-540a32a74f78411b642f6c75f
f7e8c1d463d9673293284117b20f0f8dabcfc-CC
-146-20151006134302249678





**Anand**

## MURUKU
### MINI

**Anand**

# MURUKU
## MINI

**Anand**

## MURUKU
### MINI

**Product of India**

Net Weight
7.04 oz.

Net Weight
200 gms.

**Nutrition Facts**
Serving Size 25g (0.9 oz)
Servings Per Container About 3

Amount Per Serving
Calories 145          Calories from Fat 95

% Daily Value*

Total Fat 10.6g                    16%
   Saturated Fat 2.5g             12.5%
Trans Fat           Not a significant source
Cholesterol 0g                     0%
Sodium 98mg                        4%
Total Carbohydrate 10.6g           3%
   Dietary Fiber <0.3g             1.2%
   Sugars 0g
Protein 2g

● Vitamin A 0%        ● Vitamin C 0%
● Calcium 0%          ● Iron 0%

Percent Daily Values are based on a 2,000 Calorie diet. Your daily values may be higher or lower depending on your calorie needs.

|  | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate |  | 300g | 375g |
| Dietary Fiber |  | 25g | 30g |

Calories per gram:
Fat 9   •   Carbohydrate 4   •   Protein 4

**CAUTION ALERT:** MADE IN A FACILITY THAT PROCESSES PEANUTS, TREENUTS, SOY, MILK, WHEAT & SESAME

**Ingredients**
Rice Flour, Black Gram Flour,
Refined Palm Oil, Sesame Seeds,
Cumin Seeds, Salt, Spices & Antioxidant

Batch No.   :
Best Before :

Imported and Distributed by:
**Babco Foods International, LLC,**
P. O. Box 6541,
Bridgewater, NJ 08807.
U.S.A.
email: sales@babcofoods.com
Web: www.babcofoods.com

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**    2966671

**Serial Number:**   78346915

**RAM Sale Number:  2966671**

**RAM Accounting Date:  20151007**

**Total Fees:**      $1200

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20151006 | $100 | 2 | 2 | $200 |
| Application for Renewal (§9) | 7201 | 20151006 | $300 | 2 | 2 | $600 |
| Grace period for §8 | 7206 | 20151006 | $100 | 2 | 2 | $200 |
| Grace period for renewal | 7203 | 20151006 | $100 | 2 | 2 | $200 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20151006

