# EXHIBIT F

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,785,077**

**Registered Jun. 25, 2019**

**Int. Cl.: 29, 30**

**Trademark**

**Principal Register**

Babco Foods International, LLC (NEW JERSEY LIMITED LIABILITY COMPANY)
226 Jackson Street
Bridgewater, NEW JERSEY 08807

CLASS 29: Vegetables, instant frozen; Frozen vegetable based-entrees; Processed fruits, namely, frozen banana, coconut and jackfruit; Dried fruit, fruit based snack foods, potato-based snack foods, and processed nuts; Prepared meals and entrees consisting primarily of vegetables or lentils; Sun-dried vegetables and chilies, dried chilies; Processed sesame seeds, not being seasonings or flavorings

FIRST USE 9-1-2003; IN COMMERCE 9-1-2003

CLASS 30: Frozen breads, pancakes; Frozen confectionery; Frozen confectionery containing lentils, chickpeas or rice; Rice based snack foods and wheat based snack foods; Brittle of peanut; Sesame seeds for use as seasonings; Sesame sticks; Puffed rice; Jaggery being brown sugar; Millets being millet cakes; Processed whole-grain cereals; Rice flour sheets being edible rice paper; Halwa being sweets made of banana and wheat; Fryums being cereal-based snack foods; Prepared meals and entrees consisting of primarily of rice

FIRST USE 9-1-2003; IN COMMERCE 9-1-2003

The mark consists of the wording "Anand" inside a rectangular shape with a shaded boarder of two rounded sides and two curved lines, depicting a label.

The English translation of "ANAND" in the mark is "happiness", "satisfaction", or "delight".

SER. NO. 87-913,049, FILED 05-09-2018

Director of the United States
Patent and Trademark Office



Please note that U.S. Customs & Border Protection (CBP), a bureau of the Department of Homeland Security, maintains a trademark recordation system for marks registered at the United States Patent and Trademark Office. Parties who register their marks on the Principal Register may record these marks with CBP, to assist CBP in its efforts to prevent the importation of goods that infringe registered marks. The recordation database includes information regarding all recorded marks, including images of these marks. CBP officers monitor imports to prevent the importation of goods bearing infringing marks, and can access the recordation database at each of the 317 ports of entry.

In October 2005, CBP released the **Intellectual Property Rights e-Recordation (IPRR)** system. This new system allows right holders to electronically file IPR recordation applications, thus significantly reducing the amount of time normally required to process paper applications. Some additional benefits of the new system include:

- Elimination of paper applications and supporting documents.
- Copies of the certificate issued by the registering agency (U.S. Patent and Trademark Office or the Copyright Office) are retained by the right holder, not submitted to CBP.
- Payment by credit card (preferred), check or money order.
- Ability to upload images of the protected work or trademark, thus obviating the need to send samples to CBP.
- Reduced time from filing of the application to enforcement by field personnel.

Information about how to obtain a recordation, and about CBP's **Intellectual Property Rights** (https://www.cbp.gov/trade/priority-issues/ipr/protection) border enforcement program, is available at CBP's web site, **www.cbp.gov**. Or, go directly to the **CBP recordation page**.

# USPTO Emails vs. Potentially Misleading Offers and Notices from Private Companies

## Make sure you receive our emails about your registration

We will send you email reminders when your deadline approaches to file the necessary maintenance filings to keep your registration active. We do **not** send reminders by regular mail. We will also use an authorized owner's email address to serve notice if a petition to cancel your registration is filed with the Trademark Trial and Appeal Board.

### To receive emails:
- Authorize receipt of correspondence by email by checking the designated box on the Trademark Electronic Application System (TEAS) Change of Correspondence Address and Change of Owner's Address Forms on https://www.uspto.gov/trademarks/teas/.
- Make sure the USPTO is on your "approved senders list" and that email from the USPTO is not treated as junk mail.
- Let us know if your email address changes.

### To update your email address:
- Use the TEAS Change of Correspondence Address and Change of Owner's Address Forms on https://www.uspto.gov/trademarks/teas/.
- If an attorney represented you before your mark was registered but no longer represents you, use the TEAS Attorney Revocation/Appointment Form to remove your prior attorney's name and to add your email address so that the email reminders come directly to you.

## Beware of potentially misleading offers and notices

All **official correspondence** about your registration will be from the **"United States Patent and Trademark Office" in Alexandria, VA**, and, if by email, from the **domain "@uspto.gov."** Our email reminders will direct you to make the necessary filings and pay the associated fees online through TEAS, and will not request any fees by mail.

Private companies **not** associated with the USPTO often use trademark application and registration information from our databases to mail or email trademark-related offers and notices. These offers and notices may include legal services, trademark monitoring services, recording trademarks with U.S. Customs and Border Protection, and "registering" trademarks in a private registry. Most companies require "fees" to be paid.

These companies may have names similar to the USPTO. Their names may include the terms "United States," "U.S.," "Trademark," "Patent," "Registration," "Office," or "Agency." Some companies attempt to make their offers and notices look like official government documents by using official government data publicly available from USPTO records.