# EXHIBIT G

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87270338**
**Filing Date: 12/15/2016**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87270338 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT17\IMAGEOUT 17\872\703\87270338\xml1\ RFA0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | ANANDA ANAND KARO! |
| **COLOR MARK** | YES |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) red, black, purple, pink, and yellow is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a flame design consisting purple, pink, red and yellow colors over the words ANANDA appearing in red ANAND KARO! appearing in black. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 230 x 137 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Gopaljee Dairy Foods Private Limited |
| **INTERNAL ADDRESS** | Ananda House, H-112 Pragati Tower |
| *STREET | Sector-63, Noida-201307 |
| *CITY | Uttar Pradesh |
| *COUNTRY | India |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | company |
| **STATE/COUNTRY UNDER WHICH ORGANIZED** | India |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 029 |
| *IDENTIFICATION | Milk and milk products |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | ROBYN S. LEDERMAN |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | ANAN0141TUS |
| **FIRM NAME** | BROOKS KUSHMAN P.C. |
| **STREET** | 1000 TOWN CENTER, 22ND FLOOR |
| **CITY** | SOUTHFIELD |
| **STATE** | Michigan |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 48075 |
| **PHONE** | 248.358.4400 |
| **FAX** | 248.358.3351 |
| **EMAIL ADDRESS** | trademarks@brookskushman.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Elizabeth F. Janda, Hope V. Shovein, Molly Mack Crandall, Laura Ernst Schwartz, Mark A. Cantor, Chanille Carswell, Anna K. Heinl, Amy C. Leshan, Maria F. Angileri, Dorne J. Mckinnon-Rybicki, Jennifer K. Ziegler, Gary W. Donohue, and Robert C.J. Tuttle |
| **DOMESTIC REPRESENTATIVE INFORMATION** | |
| **NAME** | ROBYN S. LEDERMAN |
| **FIRM NAME** | BROOKS KUSHMAN P.C. |
| **STREET** | 1000 TOWN CENTER, 22ND FLOOR |
| **CITY** | SOUTHFIELD |
| **STATE** | Michigan |
| **COUNTRY** | United States |
| **ZIP CODE** | 48075 |
| **PHONE** | 248.358.4400 |
| **FAX** | 248.358.3351 |
| **EMAIL ADDRESS** | trademarks@brookskushman.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | ROBYN S. LEDERMAN |
| **FIRM NAME** | BROOKS KUSHMAN P.C. |
| **STREET** | 1000 TOWN CENTER, 22ND FLOOR |
| **CITY** | SOUTHFIELD |
| **STATE** | Michigan |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 48075 |
| **PHONE** | 248.358.4400 |
| **FAX** | 248.358.3351 |
| ***EMAIL ADDRESS** | trademarks@brookskushman.com |

| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /rlederman/ |
| SIGNATORY'S NAME | ROBYN S. LEDERMAN |
| SIGNATORY'S POSITION | ATTORNEY OF RECORD, MICHIGAN BAR MEMBER |
| SIGNATORY'S PHONE NUMBER | 248.358.4400 |
| DATE SIGNED | 12/15/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

Serial Number: 87270338
Filing Date: 12/15/2016

### To the Commissioner for Trademarks:

**MARK:** ANANDA ANAND KARO! (stylized and/or with design, see mark)

The literal element of the mark consists of ANANDA ANAND KARO!.
The color(s) red, black, purple, pink, and yellow is/are claimed as a feature of the mark. The mark consists of a flame design consisting purple, pink, red and yellow colors over the words ANANDA appearing in red ANAND KARO! appearing in black.
The applicant, Gopaljee Dairy Foods Private Limited, a company organized under the laws of India, having an address of
   Ananda House, H-112 Pragati Tower
   Sector-63, Noida-201307
   Uttar Pradesh
   India

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 029:  Milk and milk products
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant's current Attorney Information:
   ROBYN S. LEDERMAN and Elizabeth F. Janda, Hope V. Shovein, Molly Mack Crandall, Laura Ernst Schwartz, Mark A. Cantor, Chanille Carswell, Anna K. Heinl, Amy C. Leshan, Maria F. Angileri, Dorne J. Mckinnon-Rybicki, Jennifer K. Ziegler, Gary W. Donohue, and Robert C.J. Tuttle of BROOKS KUSHMAN P.C.      1000 TOWN CENTER, 22ND FLOOR
   SOUTHFIELD, Michigan 48075
   United States
   248.358.4400(phone)
   248.358.3351(fax)
   trademarks@brookskushman.com (authorized)
The attorney docket/reference number is ANAN0141TUS.

The applicant hereby appoints ROBYN S. LEDERMAN of BROOKS KUSHMAN P.C.
   1000 TOWN CENTER, 22ND FLOOR
   SOUTHFIELD Michigan 48075
   United States
   248.358.4400(phone)
   248.358.3351(fax)
   trademarks@brookskushman.com (authorized)
as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.


The applicant's current Correspondence Information:
   ROBYN S. LEDERMAN
   BROOKS KUSHMAN P.C.
   1000 TOWN CENTER, 22ND FLOOR
   SOUTHFIELD, Michigan 48075
   248.358.4400(phone)
   248.358.3351(fax)

trademarks@brookskushman.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /rlederman/   Date: 12/15/2016
Signatory's Name: ROBYN S. LEDERMAN
Signatory's Position: ATTORNEY OF RECORD, MICHIGAN BAR MEMBER
RAM Sale Number: 87270338
RAM Accounting Date: 12/16/2016

Serial Number: 87270338
Internet Transmission Date: Thu Dec 15 16:57:24 EST 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2016121516572422
6782-87270338-5703f026f11df0ee714ff3fa15
e39c4fd636810cd7d845cd69e348450d8939bcd-
DA-4180-20161215164348889896

