# EXHIBIT H

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 27, 2018 00:06 AM |
| **To:** | trademarks@brookskushman.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 87270338: ANANDA ANAND KARO! (Stylized/Design): Docket/Reference No. ANAN0141TUS |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Mar 27, 2018

**U.S. Serial Number:** 87270338
**Mark:** ANANDA ANAND KARO! (Stylized/Design)
**Docket/Reference Number:** ANAN0141TUS

No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.

**SIX (6)-MONTH DEADLINE:** Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 87270338 |
| **Mark:** | ANANDA ANAND KARO! (Stylized/Design) |
| **Docket/Reference Number:** | ANAN0141TUS |
| **Owner:** | Gopaljee Dairy Foods Private Limited |
| | Ananda House, H-112 Pragati Tower |
| | Sector-63, Noida-201307 |
| | Uttar Pradesh , INDIA |
| **Correspondence Address:** | ROBYN S. LEDERMAN |
| | BROOKS KUSHMAN P.C. |
| | 1000 TOWN CENTER, 22ND FLOOR |
| | SOUTHFIELD, MI 48075 |

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): NO           Section 1(b): YES           Section 44(e): NO

GOODS/SERVICES BY INTERNATIONAL CLASS

029 -          Milk and milk products, excluding ice cream, ice milk and frozen yogurt -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may

result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=87270338&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87270338&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.