EXHIBIT J

# ANANDA
Anand Karo - a.k.a "Be Joyful"

Home / Ananda

| Show All | Paneer | Khoya | Ghee | Lassi | Other products |

**ABOUT ANANDA**

a.nan.da



### Paneer
Indian Cottage Cheese

100% Real Indian paneer made from Indian Buffalo Milk. Our paneer is free of Gluten, preservative, additives and is made from all natural ingredients.

✓ **Available in convenient size:**
   For the home chef - 400 gms
   For the food service chef - 5 lbs
✓ **Other solutions-** Malai Paneer, 7 p.m. Paneer, Paneer Tikka and more...

means... "Extreme happiness" or one of the "highest states of being" in Hindi Language.

Our name describes the feeling one has when savoring Ananda products.

Ananda is a leading, family owned, dairy products power brand of India. Recipient of many awards including of the Powerbrand status, The World's Greatest Brands & Leaders, Dubai 2015 and the Best Dairy Product Award, India.



### Khoya / Mawa

Traditional Indian dairy product made of Milk Solids

100% Khoya or Mawa as fondly called, made from pure Indian buffalo Milk. Our Khoya is free of any additives, gluten or preservatives.

✓ **Available in convenient size:**
   For the home chef - 340 gms
   For the food service chef - 5 lbs




## Ghee

Authentic Ethnic Indian Clarified Butter

100% Pure Ethnic Ghee made from Indian Buffalo milk. Our ghee is free from any additives, preservatives gluten and is made from all natural ingredients.

- ✓ **Available in convenient size:**
  For the home chef - 200 ml, 400 ml, 1 litres
  For the food service chef - 5 litres



## Mango Lassi

Indian yougurt based drink madew with real Indian Mangoes

Indian Mango Lassi, a yogurt based drink fortified with active cultures for a healthy lifestyle.

- ✓ **Available in:**
  200 ml, 1 gallon



## Other Products

Authentic Ethnic Indian Dairy Products

Traditional and real ethnic range of products that leverages age old knowledge and health benefits of Indian dairy

- ✓ **Panchamrit**
- ✓ **Rabri**