# EXHIBIT L

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500

October 29, 2018

Opposition No. 91243498

*Babco Foods International, LLC*

*v.*

*Cannar, Inc.*

**NOTICE OF DEFAULT**

An answer to the notice of opposition was due in this proceeding on **October 19, 2018.** Inasmuch as it appears that no answer has been filed, nor has Applicant filed a motion to extend the time to file an answer, notice of default is hereby entered against Applicant pursuant to Fed. R. Civ. P. 55(a).[1]

Applicant is allowed until thirty days from the date of this order to show cause why judgment by default should not be entered against Applicant in accordance with Fed. R. Civ. P. 55(b)(2).

---

[1] Inasmuch as Applicant is in default, the parties' obligations to hold the discovery conference, and to serve initial disclosures, are effectively stayed. *See* TBMP § 312.01.