# EXHIBIT M

| | **UNITED STATES PATENT AND TRADEMARK OFFICE** |
|---|---|
| | **Trademark Trial and Appeal Board** |
| | **P.O. Box 1451** |
| | **Alexandria, VA  22313-1451** |
| | General Contact Number: 571-272-8500 |
| | General Email: TTABInfo@uspto.gov |

RA

December 17, 2018

Opposition No. 91243498

*Babco Foods International, LLC*

*v.*

*Cannar, Inc.*

**By the Trademark Trial and Appeal Board:**

On October 29, 2018, the Board issued a notice of default to Applicant because no answer had been filed.

No response to the notice of default has been filed.

Accordingly, judgment by default is hereby entered against Applicant, the opposition is sustained, and registration to Applicant is refused. *See* Fed. R. Civ. P. 55(b), and Trademark Rule 2.106(a).